## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**DANIEL J. MARTIN**                                                      **PLAINTIFF**

        v.                 Civil No. 05-2015

**WESLEY KENDRICK, Sheriff,**
**Johnson County, Arkansas**                                          **DEFENDANT**

### O R D E R

Now on this 16th day of August, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #17), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendant's Motion For Summary Judgment is **denied**.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE